**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Sixto Humberto SANCHEZ,**
**Defendant–Appellant.**

**No. 06–50298.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 15, 2007.

Michelle P. Jennings, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

William R. Burgener, Esq., San Diego, CA, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

## MEMORANDUM **

Sixto Humberto Sanchez appeals from the district court's judgment revoking supervised release.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1967), Sanchez's counsel has filed a brief stating that he finds no meritorious issues for review and a motion to withdraw as counsel of record. Sanchez has not filed a pro se supplemental brief, and the Government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on appeal. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.